IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROYLEE SMITH, | : |
| Plaintiff | : |
| VS. | : |
| FRANK PENNINGTON, II, | : |
| | :    5:15-CV-426 (MTT) |
| Defendant | : |
| _____: | **O R D E R** |

    Plaintiff RoyLee Smith, a state prisoner, filed a 42 U.S.C. § 1983 complaint (ECF No. 1) along with a motion to proceed *in forma pauperis*. (ECF No. 2). After conducting its preliminary review, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to the three-strikes provision of 28 U.S.C. § 1915(g) and dismissed his case because he failed to pre-pay the Court's filing fee. (ECF No. 5). On January 4, 2016, Plaintiff filed a notice of appeal (ECF No. 13) and two motions - a motion to proceed *in forma pauperis* on appeal (ECF No. 14) and a motion to alter or amend judgment. (ECF No. 12).

    By letter dated January 13, 2016, the Eleventh Circuit Court of Appeals advised Plaintiff that his appeal "cannot proceed until the full docketing and filing fees are paid" to this Court. (ECF No. 16 at 1). The Eleventh Circuit dismissed Plaintiff's appeal on

March 14, 2016, for his failure to comply with its January 13th letter.  (ECF No. 17).    In light of the foregoing, Plaintiff's pending motions are both **DENIED** as moot.

**SO ORDERED**, this 21st day of July, 2016.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT